# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2013

### NO.  03-12-00411-CV

**Metro Ford Truck Sales, Appellant**

**v.**

**Texas Department of Motor Vehicles, Motor Vehicle Division; Freightliner LLC, n/k/a Daimler Trucks North America LLC; and Sterling Truck Corporation, Appellees**

DIRECT APPEAL FROM THE MOTOR VEHICLE DIVISION OF THE
TEXAS DEPARTMENT OF MOTOR VEHICLES
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the agency below, and the same being considered, because it is the opinion of this Court that there was no error requiring reversal in the Motor Vehicle Division's orders:  **IT IS THEREFORE** considered, adjudged and ordered that the order dated February 17, 2012, in the agency's Docket Nos. 95-137 and 95-967 (2012 Metro I Order) and the order dated February 17, 2012 in the agency's Docket No. 04-0010 LIC (2012 Metro V Order) are in all things affirmed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, and that this decision be certified below for observance.